# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STANLEY JAMES BRUMFIELD, JR.

NO. 2025 KW 0432

**JULY 03, 2025**

---

In Re:    Stanley James Brumfield, Jr., applying for supervisory
          writs, 32nd Judicial District Court, Parish of
          Terrebonne, No. 713585.

---

**BEFORE:    PENZATO, WOLFE, AND FIELDS, JJ.**

   **WRIT DENIED.**

                              **AHP**
                              **EW**
                              **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT